IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 04-130 |
| | ) | |
| **BRANDON THOMPSON** | ) | |

### Order of Court

And now, this 11th day of April, 2007, for the reasons set forth in the foregoing Memorandum Opinion, the *Pro Se* Motion of Defendant/Petitioner Brandon Thompson to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (doc. no. 68) is DENIED.

                                                     s/Arthur J. Schwab
                                                     Arthur J. Schwab
                                                     United States District Judge

cc:    All counsel of record